UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

    ESTRELLA A. KINCAID AND
JAMES M. KINCAID,

        Debtors.

ESTRELLA A. KINCAID AND
JAMES M. KINCAID                  Civ. S-06-1682 WBS

                                     Bankruptcy No. 05-2130-B-7

        Appellants

           v.

SUSAN K. SMITH                                    ORDER

        Appellee.

----oo0oo----

        The Kincaids have filed a Motion to Reconsider this court's Order of December 21, 2006, denying their motion to reopen their appeal, and an Emergency Motion for Temporary Restraining Order, enjoining the assigned Bankruptcy Judge from continuing to preside and assigning another judge to preside over this matter.

        Although the Kincaids criticize this court for adopting the bankruptcy judge's conclusion regarding their dilatory tactics, their motion does nothing to affect this court's reasons

1

1  for denying their motion to reopen the appeal, particularly the
2  Kincaids' utter failure to keep the court informed of their
3  change of address.  Further, they have presented no justifiable
4  reason why this court ought to intercede in the business of the
5  Bankruptcy Court to reassign this case to another judge.  Judge
6  Holman is fully qualified to handle this case, and there has been
7  no sufficient showing of bias or other reasons for his
8  disqualification.
9          IT IS THEREFORE ORDERED that the motion of Estrella A.
10 Kincaid and James M. Kincaid for reconsideration of this court's
11 order denying their motion for relief from judgment and to
12 reconsider this court's order denying their motion for
13 reconsideration of their appeal, and their motion for a temporary
14 restraining order restraining the assigned bankruptcy judge from
15 acting in this case and assigning the matter to another
16 bankruptcy judge be, and the same hereby are, DENIED.
17 DATED:  January 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE