UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

ESTRELLA A. KINCAID and JAMES M. KINCAID

      Debtor,

CASE NO. CIV. S-06-1682 WBS

(Bankruptcy Court No. 05-21390-B-7)

---

ESTRELLA A. KINCAID and JAMES M. KINCAID,

      Appellants,

   v.

SUSAN K. SMITH,

      Appellee.

ORDER RE: MOTION FOR PRE-FILING REVIEW ORDER

---

----oo0oo----

     This matter arises out of appellants Estrella A. Kincaid and James M. Kincaid's appeal from an order of the Bankruptcy Court. On March 15, 2007, appellee Susan Smith, trustee in the bankruptcy proceeding, filed a motion for a pre-filing review order against appellants, noticed to be heard on April 30, 2007. Appellants have filed a motion to continue that

1

1 | hearing.

2 |     Although the district courts have the inherent power to
3 | regulate the activities of vexatious litigants by imposing
4 | restrictive pre-filing orders, such orders "should rarely be
5 | filed." <u>De Long v. Hennessey</u>, 912 F.2d 1144, 1147 (9th Cir.
6 | 1990)).  Upon reviewing appellee's motion and supporting
7 | declarations, this court declines to exercise its discretion to
8 | enter such as order against appellants at this time.  Because the
9 | court will deny appellee's motion for a pre-filing review order
10 | without oral argument, appellants' motion for a continuance is
11 | moot.
12 |     IT IS THEREFORE ORDERED that appellee's motion for a
13 | pre-filing review order be, and the same hereby is, DENIED.
14 |     IT IS FURTHER ORDERED that appellants' motion for a
15 | continuance be, and the same hereby is, DENIED as moot.
16 | DATED:  April 5, 2007

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE